1 | Robert M. Gregory
GREGORY & HADLOCK, P.C.
2 | 1820 East Ray Road, Suite C-2
Chandler, AZ 85225
3 | (480) 839-4711

4 | Attorney for Plaintiffs

5 | Ronald J. Stolkin (No. 002552)
FENNEMORE CRAIG, P.C.
6 | 3003 North Central Ave.
Suite 2600
7 | Phoenix, AZ  85012-2913
(602) 916-5000
8 | rstolkin@fclaw.com

9 | James P. Gillespie (*Pro Hac Vice*)
Daniel A. Bress (*Pro Hac Vice*)
10 | KIRKLAND & ELLIS, LLP
655 Fifteenth St. N.W.
11 | Washington, DC 20005
(202) 879-5000
12 | james.gillespie@kirkland.com
daniel.bress@kirkland.com
13 |
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| FRANCES ALDAY, *et al.*,; | No. 06-CV-00032-DCB |
| Plaintiffs, | **JOINT NOTICE OF TENTATIVE SETTLEMENT** |
| v. | |
| RAYTHEON COMPANY, a Delaware corporation; | |
| Defendant. | |

1  Pursuant to Local Civil Rule 40.2(d), the parties hereby notify the Court that after
2  mediation before the Honorable Bruce G. Macdonald on January 22, 2013, the parties
3  have reached a tentative settlement of this matter.  The parties have agreed to execute a
4  final release and settlement by March 25, 2013, and will be presenting the appropriate
5  papers to this Court for final approval.  The Court had previously granted Raytheon an
6  extension of time for responding to Plaintiffs' motion for attorneys' fees.  *See* 12/17/12
7  Order [Dkt. #187].  As a result of the parties' tentative settlement agreement, which
8  covers Plaintiffs' attorneys' fees, Raytheon will not at this time be filing an opposition to
9  Plaintiffs' pending motion for attorneys' fees.

DATED this 25th day of January, 2013.

By    */s/ Robert M. Gregory*
    Robert M. Gregory
    GREGORY & HADLOCK, P.C.
    1820 East Ray Road, Suite C-2
    Chandler, AZ 85225
    (480) 839-4711

    Attorney for Plaintiffs

By    */s/ Ronald J. Stolkin*
    Ronald J. Stolkin
    FENNEMORE CRAIG
    3003 North Central Ave.
    Suite 2600
    Phoenix, AZ  85012-2913

    James P. Gillespie (*Pro Hac Vice*)
    Daniel A. Bress (*Pro Hac Vice*)
    KIRKLAND & ELLIS, LLP
    655 Fifteenth St. N.W.
    Washington, DC 20005

    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert M. Gregory
GREGORY & HADLOCK, P.C.
1820 East Ray Road, Suite C-2
Chandler, AZ 85225

James P. Gillespie (*Pro Hac Vice*)
Daniel A. Bress (*Pro Hac Vice*)
KIRKLAND & ELLIS, LLP
655 Fifteenth St. N.W.
Washington, DC 20005

/s/ *Julie Calvano Tolby*
Julie Calvano Tolby

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX