# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Argraves; Ronald Geuder; Clare L'Armee; David Lillie, on behalf of themselves and a class of persons similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>Raytheon Company, a Delaware corporation;<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CV 06-0032-TUC-DCB |

\_\_\_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court. The class action Final Settlement Agreement came under consideration before the Court.

IT IS ORDERED AND ADJUDGED that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds there is no just reason for delay, therefore, the Class Action Final Settlement Agreement is approved by the Court which incorporates a Final Settlement Amount including Final Settlement Benefits, Plaintiffs' Attorneys' Fees and Administrative Fees Award in the amount of $3,468.854.26. After adjustment for the attorneys' fees and administrative fees, all Final Settlement Benefits shall be allocated as set forth in the Final Settlement Agreement.

IT IS FURTHER ORDERED AND ADJUDGED that as set forth in the Final Settlement Agreement, attorneys' fees are awarded to Plaintiffs' attorneys in the amount of $1,200.000.00.

CV 06-0032-TUC-DCB
Page 2


IT IS FURTHER ORDERED AND ADJUDGED that as set forth in the Final Settlement Agreement, Plaintiffs' attorneys are awarded administrative fees in the amount of $50,000.00.

                                                <u>BRIAN D. KARTH</u>
                                                District Court Executive/Clerk

April 8, 2013
                                                <u>s/B. Ruiz</u>
                                                By: Deputy Clerk


cc: (all counsel)